UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

　　　- v. -

WILSON DANIEL FREITA DA COSTA,

　　　Defendant.

------------------------------------- X

**UNSEALING ORDER**

23 Cr. 610 (PKC)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Christopher Brumwell, Shiva Logarajah, and Jennifer Ong;

It is found that the Complaint in the above-captioned action, 23 Cr. 610, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
　　　　May 2, 2024

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

23mj6652